PAUL M. WARNER, United States Attorney (#3389)
PAUL F. GRAF, Special Assistant United States Attorney (#1229)
Attorneys for the United States of America
192 East 200 North, Suite 200
St. George, Utah 84770
Telephone: (435) 634-2480

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

MAR 22 2002

MARKUS B. ZIMMER, CLERK
BY _____
       DEPUTY CLERK

MAR 1 2002

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | MISDEMEANOR INFORMATION |
| Plaintiff, | |
| vs. | 2:02CR 146 |
| DIAMOND RANCH ACADEMY, INC., | 43 C.F.R. 8372.0-7(a)(1)<br>Failure to obtain a permit or pay Fees |
| Defendant. | Magistrate David Nuffer |

The United States Attorney charges:

On or about September 11, 2001, on public lands administered by the U.S. Bureau of Land Management, in the District of Utah, DIAMOND RANCH ACADEMY, INC., the defendant herein, did fail to obtain a permit or pay fees ( as described in the Probable Cause Statement; all in violation of 43 C.F.R. 8372.0-7(a)(1).

PROBABLE CAUSE STATEMENT:

Affiant, Mark Harris, BLM Ranger, observed that a retaining wall had been built using rocks taken from an archeological site on BLM land. DIAMOND RANCH ACADEMY, INC.

does not have a permit to use rocks or other resources from BLM land for their commercial venture.

DATED this _11_ day of March, 2002.

_____
Mark Harris
Affiant

SUBSCRIBED and SWORN to before me this _11th_ day of March, 2002.



_____
Notary Public

This information is based on evidence obtained from the following witnesses:

Mark Harris
BLM Ranger
345 East Riverside Drive
St. George, UT 84770

AUTHORIZED FOR PRESENTMENT AND FILING:
PAUL M. WARNER
United States Attorney

_____
Paul F. Graf
Special Assistant U.S. Attorney

2