IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH   CENTRAL DIVISION

| | |
|---|---|
| **United States of America**<br><br>Plaintiff.<br><br>vs.<br><br>**Diamond Ranch Academy, Inc.**<br><br>Defendant. | **ORDER OF ASSIGNMENT**<br><br><br><br>Case No. 2:02-CR-0146 |

Pursuant to the General Order of the Court of December 22, 1999, the above entitled criminal case is assigned for further proceedings to:

___   Chief Magistrate Judge Ronald N. Boyce

___   Magistrate Judge Samuel Alba

_X_   Magistrate Judge David O. Nuffer

Dated: 2/25/2002

BY THE COURT

_[signature]_

Chief Magistrate Judge Ronald N. Boyce

```
                                                       asp
              United States District Court
                       for the
                   District of Utah
                   March 26, 2002


          * * CERTIFICATE OF SERVICE OF CLERK * *


Re:  2:02-cr-00146
```

True and correct copies of the attached were either mailed or faxed by the clerk to the following:

```
     Mr. Paul F Graf, Esq.
     192 E 200 N STE 200
     ST GEORGE, UT  84770
     JFAX 8,435,6562453

     Diamond Ranch Academy, Inc.
     1500 East 2700 South
     Hurricane, UT  84737

     USMS
     DISTRICT OF UTAH
     ,
     JFAX 9,5244048
```