FILED
21 JAN 04 PM 2:07
DISTRICT OF UTAH
BY: _____

PAUL M. WARNER, United States Attorney (#3389)
BILL RYAN, Assistant United States Attorney (#2837)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | MOTION FOR LEAVE TO DISMISS |
|---|---|
| Plaintiff, | Case No. 2:02-CR-146 SA |
| v. | (Failure to Obtain Permit or Pay Fees (43 C.F.R. 8372.0-7(a)(1))) |
| DIAMOND RANCH ACADEMY, | |
| Defendant. | Magistrate Judge Samuel Alba |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Utah hereby moves for leave to dismiss the above-captioned Misdemeanor Information now pending against the defendant for the reason that the defendant has paid restitution to Bureau of Land Management in the amount of $500.00.

Subject to the Court granting the Government's Motion For Leave To Dismiss and pursuant to Rule 48(a) of the Federal Rules of

Criminal Procedure, the above-captioned Misdemeanor Information now pending against the defendant, is hereby dismissed without prejudice.

DATED this 20 day of January, 2004.

PAUL M. WARNER
United States Attorney

BILL RYAN
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | ORDER GRANTING LEAVE TO DISMISS |
|---|---|---|
| Plaintiff, | : | Case No. 2:02-CR-146 |
| v. | : | (Failure to Obtain Permit or Pay Fees (43 C.F.R. 8372.0-7(a)(1))) |
| DIAMOND RANCH ACADEMY, | : | |
| Defendant. | : | Magistrate Judge Samuel Alba |

Based upon the motion of the United States of America, and for good cause appearing, the Court hereby grants leave under Rule 48(a) of the Federal Rules of Criminal Procedure for the dismissal without prejudice of the above-captioned Misdemeanor Information now pending against the defendant.

DATED this _____ day of _____, 2004.

BY THE COURT:

_____
United States Magistrate

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Motion for Leave to Dismiss was mailed, postage prepaid to all parties named below, this 20th day of January, 2004.

*Judson Callaway*

Terry L. Wade, Esq.
Durham Jones & Pinegar
192 East 200 North, 3rd Floor
St. George, Utah 84770